PROB 12A
(7/93)

# United States District Court

for

## District of New Jersey

## Report on Offender Under Supervision

Name of Offender: Carlos Jimenez                                    Cr.: 10CR160(JLL)
                                                                    PACTS #: 46850

Name of Sentencing Judicial Officer: Honorable Donald L. Graham, Southern District of Florida

Name of Newly Assigned Judge: Honorable Jose L. Linares

Date of Original Sentence: 05/25/07

Original Offense: Conspiracy to Manufacture, Distribute and Dispense 100 or More Marijuana Plants

Original Sentence: 24 months imprisonment followed by 4 years supervised release and a $100 special assessment. Special conditions: 1) No new debt or additional lines of credit; 2) Cooperate with Immigration and Customs Enforcement; 3) If removed, the defendant shall not reenter the United States without prior written permission; 4) Search and seizure; and, 5) Participate in an anger management/domestic violence program as directed by the United States Probation Office.

Type of Supervision: Supervised Release                    Date Supervision Commenced: 09/08/09

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

Violation Number | Nature of Noncompliance

1. | On November 13, 2009, members of the West New York Police Department responded to Jimenez's home on the report of a domestic dispute with his then-paramour, A.S. No criminal complaint was filed, however, a restraining order was issued against Jimenez.

On December 21, 2009, Jimenez was arrested by West New York police officers and charged with violation of the final restraining order entered under the provisions of the Prevention of Domestic Violence Act. On February 23, 2010, Jimenez entered a guilty plea in Hudson County Family Court to harassment, was sentenced to 12 months probation, and a $225 fine was imposed.

U.S. Probation Officer Action:

As a condition of his state probation conditions, Jimenez was ordered to participate in an anger management/domestic violence program. He successfully completed the program on June 12, 2010. As the offender successfully completed counseling and has not violated any further the terms of the restraining order, the U.S. Probation Office recommends presentation of this document to the offender as a formal judicial written reprimand. We will continue to monitor Jimenez's progress and any future issues of non-compliance will be reported to the Court.

PROB 12A - Page 2
Carlos Jimenez

Respectfully submitted,

By: Adriana Garcia
U.S. Probation Officer
Date: 04/21/11

*No Response is necessary unless the court directs that additional action be taken as follows:*

[ ] Submit a Request for Modifying the Conditions or Term of Supervision
[ ] Submit a Request for Warrant or Summons
[ ] Other

_____
Signature of Judicial Officer

5-9-11
_____
Date